644

*Mr. Charles L. Strouss* for respondents.

No. 915. CITY OF LOS ANGELES *v.* BORAX CONSOLI-DATED, LTD. ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Ray L. Chesebro* and *Loren A. Butts* for petitioner. *Messrs. Gurney E. Newlin* and *A. W. Ashburn* for respondents.

No. 921. MARSHALL COUNTY BANK, *v.* CROWTHER. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Marshall County, West Virginia, denied. *Messrs. Karl Michelet* and *Martin Brown* for petitioner. No appearance for respondent.

No. 922. BELK BROTHERS CO. *v.* MAXWELL, COMMISSIONER OF REVENUE. June 5, 1939. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Thomas C. Guthrie* for petitioner. *Mr. Harry Mc-Mullan* for respondent.

No. 926. PARTRIDGE ET AL. *v.* MARTIN ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *June C. Smith* for petitioners. No appearance for respondents.

No. 927. GLIWA ET AL. *v.* UNITED STATES STEEL CORP. ET AL. June 5, 1939. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Agnes Gliwa, pro se. Mr. William Wallace Booth* for respondents.